1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   VICTOR ZAMBRANO-VALENZUELA
6

7
              IN THE UNITED STATES DISTRICT COURT
8
            FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  NO. CR.S-11-484-LKK
11                                   )
                    Plaintiff,       )
12                                   )        **STIPULATION AND ORDER;**
          v.                         )    **CONTINUING STATUS CONFERENCE**
13                                   )         **AND EXCLUDING TIME**
   VICTOR ZAMBRANO-VALENZUELA,       )
14                                   )  Date:  January 31, 2012
                    Defendant.       )  Time:  9:15 a.m.
15 _____  )  Judge: Hon. Lawrence K. Karlton

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, MICHELE BECKWITH, Assistant United States
18
   Attorney, attorney for Plaintiff, and CARO MARKS, attorney for VICTOR
19
   ZAMBRANO-VALENZUELA that the status conference hearing date of January
20
   24, 2012 be vacated, and the matter be set for status conference on
21
   January 31, 2012 at 9:15 a.m.
22
        The reason for this continuance is to allow the government time
23
   to prepare and offer the defense a plea agreement, and to give defense
24
   counsel time to receive the plea agreement and then to review it with
25
   the defendant.
26
        Based upon the foregoing, the parties agree that the time under
27
   the Speedy Trial Act should be excluded from the date of signing of
28

this order through and including January 31, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  January 23, 2012.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender


                                             /s/ Caro Marks
                                             CARO MARKS
                                             Designated Counsel for Service
                                             Attorney for
                                             Victor Zambrano-Valenzuela

DATED:  January 23, 2012.                    BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Caro Marks for
                                             MICHELE BECKWITH
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff


                                    ORDER

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 24, 2012,  status conference hearing be continued to January 31, 2012, at 9:15 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant

in a speedy trial.  It is ordered that time up to and including the January 31, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: January 23, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT